1  Jacquelyn Renee Moen
   1047 South Mansfield Avenue
2  Los Angeles, CA. 90019
   310.567.8006
3
   Debtor In Pro Per
4

FILED
DEC 03 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

5               UNITED STATES BANKRUPTCY COURT

6       CENTRAL DISTRICT OF CALIFORNIA - Los Angeles DIVISION

7  In re:                          )) Case No.: 2:19-bk-19038 BR
                                   )) Adv. case no.2:20-ap-01660-BR
8  Jacquelyn Renee Moen,           ))
                                   )) Chapter 7
9                                  ))
                                   )) ANSWER TO COMPLAINT TO:
10              Debtor.            ))   (1)  EXCEPTION TO DISCHARGE
                                   ))        7USC SEC. 523(a)(2),(4)
11 ―――――――――――――――――――――――         ))        AND (6)[FRAUDULENT
                                   ))        MISREPRESENTATIONS]
12 JUDITH MOEN,                    ))   (2)  EXEPTION TO DISCHARGE
                                   ))        7USC SEC.
13 Plaintiff(s),                   ))        523(A)(2),(4)AND 6
                                   ))        [FRAUDULENT
14                                 ))        CONCEALMENT]
                                   ))   (3)  EXCEPTION TO DISCHARGE
15      V.                         ))        7USC SEC.
                                   ))        523(a)(4)[BREACH OF
16                                 ))        FIDUCIARY DUTIES]
   JACQUELYN RENEE MOEN, an        ))   (4)  EXCEPTION TO DISCHAGE
17 individual                      ))        7USC SEC. 523(a)(2)(4)
                                   ))        AND (6)[VIOLATION OF
18                                 ))        BUSINESS & PROFESSIONAL
   Defendant(s).                   ))        CODE SEC. 6152]
19                                 ))   (5)  EXCEPTION TO DISCHARGE
                                   ))        7USC SEC.
20                                 ))        523(a)(2),(4)AND (6)
                                   ))        [VIOLATIONS OF RULES OF
21                                 ))        PROFESSIONAL CONDUCT,
                                   ))        RULE 1-400 (B)(C)
22                                 ))   (6)  EXCEPTIONN TO DISCHARGE
                                   ))        7USC SEC. 523(a)(2),(4)
23                                 ))        AND (6) [VIOLATION OF
                                   ))        BUSINESS AND
24                                 ))        PROFESSIONAL CODE SEC.
                                   ))        6148]
25                                 ))   (7)  EXCEPTION TO DISCHARGE
                                   ))        7USC SEC 523(a)(2),(4)
26                                 ))        AND (6) [VIOLATION OF
                                   ))        BUSINESS AND
27                                 ))        PROFESSIONAL CODE, SEC
                                   ))        17200]
28                                 ))   (8)  DENY DISCHARGE OF THE
                                   ))        DEBTOR 7 SEC. 727(a)(4)

|   |   |
|---|---|
| 1 | )) |
| 2 | )) HEARING DATE: January 12, 2021 |
|   | )) TIME:          10:00 AM |
| 3 | )) COURTROOM:     1668 |
| 4 | )) |
| 5 | )) |
| 6 | )) |
| 7 | )) |

COMES NOW JACQUELYN RENEE MOEN, ("Defendant"), and hereby files her answer to the Complaint on file, and hereby admits, denies and alleges as follows:

1. Answering the allegations contained in paragraph 1 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny the allegations contained therein, and therefore denies each and every allegation contained therein.

2. Answering the allegations contained in paragraph 2 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny the allegations contained therein, and therefore denies each and every allegation contained therein.

3. Answering the allegations contained in paragraph 3 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny the allegations contained therein, and therefore denies each and every allegation contained therein.

4. Answering the allegations contained in paragraph 4 of the Complaint herein, Defendant lacks sufficient information and belief to admit or deny the allegations contained therein, and therefore denies each and every allegation contained therein. **(I have not spoken to Judith Moen-Stanley, nor any members of her family since 2010/it has been well over ten years).**

5. Answering the allegations contained in paragraph 5 of

the Complaint herein, Defendant admits each and every allegation contained therein.

6.  Answering the allegations contained in paragraph 6 of the Complaint herein, Defendant admits each and every allegation contained therein.

7.  Answering the allegations contained in paragraph 7 of the Complaint herein, Defendant admits each and every allegation contained therein.

8.  Answering the allegations contained in the paragraph 8 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

9.  Answering the allegations contained in paragraph 9 of the Complaint herein, Defendant admits each and every allegation contained therein.

10. Answering the allegations contained in the paragraph 10 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

11. Answering the allegations contained in the paragraph 11 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

12. Answering the allegations contained in paragraph 12 of the Complaint herein, Defendant admits each and every allegation

contained therein.

13. Answering the allegations contained in the paragraph 13 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

14. Answering the allegations contained in the paragraph 14 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

15. Answering the allegations contained in the paragraph 15 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

16. Answering the allegations contained in the paragraph 16 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

17. Answering the allegations contained in the paragraph 17 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

18. Answering the allegations contained in the paragraph 18 of the complaint herein, defendant lacks sufficient

1 | information and belief to admit or deny allegations contained
2 | therein, and therefore denies each and every allegation
3 | contained therein.
4 |     19.  Answering the allegations contained in the paragraph
5 | 19 of the complaint herein, defendant lacks sufficient
6 | information and belief to admit or deny allegations contained
7 | therein, and therefore denies each and every allegation
8 | contained therein.
9 |     20.  Answering the allegations contained in the paragraph
10 | 20 of the complaint herein, defendant lacks sufficient
11 | information and belief to admit or deny allegations contained
12 | therein, and therefore denies each and every allegation
13 | contained therein.
14 |     21.  Answering the allegations contained in the paragraph
15 | 21 of the complaint herein, defendant lacks sufficient
16 | information and belief to admit or deny allegations contained
17 | therein, and therefore denies each and every allegation.
18 | contained therein.
19 |     22.  Answering the allegations contained in the paragraph
20 | 22 of the complaint herein, defendant lacks sufficient
21 | information and belief to admit or deny allegations contained
22 | therein, and therefore denies each and every allegation
23 | contained therein.
24 |     23.  Answering the allegations contained in the paragraph
25 | 23 of the complaint herein, defendant lacks sufficient
26 | information and belief to admit or deny allegations contained
27 | therein, and therefore denies each and every allegation
28 | contained therein.

ANSWER

24. Answering the allegations contained in the paragraph 24 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

25. Answering the allegations contained in paragraph 25 of the Complaint herein, Defendant denies each and every allegation contained therein.

26. Answering the allegations contained in paragraph 26 of the Complaint herein, Defendant denies each and every allegation contained therein.

27. Answering the allegations contained in paragraph 27 of the Complaint herein, Defendant denies each and every allegation contained therein.

28. Answering the allegations contained in paragraph 28 of the Complaint herein, Defendant denies each and every allegation contained therein.

29. Answering the allegations contained in paragraph 29 of the Complaint herein, Defendant denies each and every allegation contained therein.

30. Defendant repeats and realleges the responses to the allegations contained in paragraphs 1 through 29 of this Answer to the Complaint, and incorporates the same by reference as though set forth in full herein.

31. Answering the allegations contained in paragraph 31 of the Complaint herein, Defendant denies each and every allegation contained therein.

32. Answering the allegations contained in paragraph 32 of

ANSWER

the Complaint herein, Defendant denies each and every allegation contained therein.

33. Answering the allegations contained in paragraph 33 of the Complaint herein, Defendant denies each and every allegation contained therein.

34. Answering the allegations contained in paragraph 34 of the Complaint herein, Defendant denies each and every allegation contained therein.

35. Answering the allegations contained in paragraph 35 of the Complaint herein, Defendant denies each and every allegation contained therein.

36. Answering the allegations contained in paragraph 36 of the Complaint herein, Defendant denies each and every allegation contained therein.

37. Answering the allegations contained in the paragraph 37 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

38. Answering the allegations contained in the paragraph 38 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

39. Answering the allegations contained in paragraph 39 of the Complaint herein, Defendant denies each and every allegation contained therein.

40. Answering the allegations contained in paragraph 40 of

the Complaint herein, Defendant denies each and every allegation contained therein.

41. Defendant repeats and realleges the responses to the allegations contained in paragraphs 1 through 40 of this Answer to the Complaint, and incorporates the same by reference as though set forth in full herein.

42. Answering the allegations contained in the paragraph 42 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

43. Answering the allegations contained in the paragraph 43 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

44. Answering the allegations contained in the paragraph 44 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

45. Answering the allegations contained in the paragraph 45 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

46. Answering the allegations contained in paragraph 46 of the Complaint herein, Defendant denies each and every allegation

ANSWER

contained therein.

47. Answering the allegations contained in paragraph 47 of the Complaint herein, Defendant denies each and every allegation contained therein.

48. Answering the allegations contained in paragraph 48 of the Complaint herein, Defendant denies each and every allegation contained therein.

49. Answering the allegations contained in paragraph 49 of the Complaint herein, Defendant denies each and every allegation contained therein.

50. Defendant repeats and realleges the responses to the allegations contained in paragraphs 1 through 49 of this Answer to the Complaint, and incorporates the same by reference as though set forth in full herein.

51. Answering the allegations contained in the paragraph 51 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

52. Answering the allegations contained in the paragraph 51 of the complaint herein, defendant lacks sufficient information and belief to admit or deny allegations contained therein, and therefore denies each and every allegation contained therein.

53. Answering the allegations contained in paragraph 53 of the Complaint herein, Defendant denies each and every allegation contained therein.

54. Answering the allegations contained in paragraph 54 of

the Complaint herein, Defendant denies each and every allegation contained therein.

54. Answering the allegations contained in paragraph 54 of the Complaint herein, Defendant denies each and every allegation contained therein.


55. Answering the allegations contained in paragraph 55 of the Complaint herein, Defendant denies each and every allegation contained therein.

56. Answering the allegations contained in paragraph 56 of the Complaint herein, Defendant denies each and every allegation contained therein.

57. Answering the allegations contained in paragraph 57 of the Complaint herein, Defendant denies each and every allegation contained therein.

58. Answering the allegations contained in paragraph 58 of the Complaint herein, Defendant denies each and every allegation contained therein.

59. Defendant repeats and realleges the responses to the allegations contained in paragraphs 1 through 58 of this Answer to the Complaint, and incorporates the same by reference as though set forth in full herein.

60. Answering the allegations contained in paragraph 60 of the Complaint herein, Defendant denies each and every allegation contained therein.

61. Answering the allegations contained in paragraph 61 of the Complaint herein, Defendant denies each and every allegation contained therein.

62. Answering the allegations contained in paragraph 62 of the Complaint herein, Defendant denies each and every allegation contained therein.

63. Answering the allegations contained in paragraph 63 of

ANSWER

the Complaint herein, Defendant denies each and every allegation contained therein.

64. Answering the allegations contained in paragraph 64 of the Complaint herein, Defendant denies each and every allegation contained therein.

65. Answering the allegations contained in paragraph 65 of the Complaint herein, Defendant denies each and every allegation contained therein.

## AS A FIRST SEPARATE AFFIRMATIVE DEFENSE
(Failure to State a Cause of Action)

As a First Affirmative defense, Defendant alleges the Complaint failed to state facts sufficient to constitute a cause of action against this answering Defendant.

## AS A SECOND SEPARATE AFFIRMATIVE DEFENSE
(Contributory Negligence)

As a Second Affirmative defense, Defendant alleges the Plaintiff's alleged loss or damage was caused, in whole or in part, by the carelessness and negligence of Plaintiff or its agents, and Plaintiffs should therefore recover nothing from Defendant, or any recovery otherwise due from Defendant should be reduced to reflect the percentage to which the fault and negligence of Plaintiff or its agents caused and contributed to the injuries or damages claimed to have been suffered.

## AS A THIRD SEPARATE AFFIRMATIVE DEFENSE
(Acts of Third Parties)

ANSWER

As a Third Affirmative defense, Defendant alleges if Plaintiff suffered damage or loss as alleged, such damage and loss was caused in whole or in part by the acts of persons other than the Defendant, for whom the Defendant is not responsible.

### AS A FOURTH SEPARATE AFFIRMATIVE DEFENSE
(Duress)

As a Fourth Affirmative defense, Defendant alleges duress.

### AS A FIFTH SEPARATE AFFIRMATIVE DEFENSE
(Failure to Mitigate Damages)

As a Fifth Affirmative defense, Defendant alleges Plaintiff has failed to reasonably mitigate its alleged damages, if any.

### AS A SIXTH SEPARATE AFFIRMATIVE DEFENSE
(Estoppel)

As a Sixth Affirmative defense, Defendant alleges Plaintiff's claims are barred by the doctrine of estoppel.

### AS A SEVENTH SEPARATE AFFIRMATIVE DEFENSE
(Laches)

As a Seventh Affirmative defense, Defendant alleges Plaintiff, because of its conduct, is barred under the doctrine of laches from recovery on its Complaint or on any cause of action contained in the Complaint in which Plaintiff caused unreasonable delay in filing his claim by 1 year and 8 months, then asking interest for that time.

## AS A EIGHTH SEPARATE AFFIRMATIVE DEFENSE

(Intervening and Superseding Acts)

As a Eighth Affirmative defense, Defendant alleges the damages or losses alleged sustained by Plaintiff, if any, were the direct and proximate result of intervening and superseding actions on the part of other parties, and not Defendant, barring Plaintiff's recovery from Defendant.

## AS A NINTH SEPARATE AFFIRMATIVE DEFENSE

(Justifiable Reliance)

As a Ninth Affirmative defense, Defendant alleges any representation or other act by Defendant on which Plaintiff bases its claims was made by Defendant in justifiable reliance on the actions and representations on others, and Plaintiff must look to those parties instead of to Defendant for recovery, if any.

## AS A TENTH SEPARATE AFFIRMATIVE DEFENSE

(Plaintiff's Knowledge)

As a Tenth Affirmative defense, Defendant alleges Plaintiff's claims are barred by their actual or constructive knowledge or acceptance of the facts on which they base their claims against Defendant.

## AS A ELEVENTH SEPARATE AFFIRMATIVE DEFENSE

(Justification)

As a Eleventh Affirmative defense, Defendant alleges that all acts done by Defendant were performed fairly, in good faith and for a lawful purpose, and were reasonable and justified under the circumstances.

ANSWER

## AS A TWELFTH SEPARATE AFFIRMATIVE DEFENSE

(Plaintiff's Inequitable Conduct)

As a Twelfth Affirmative defense, Defendant alleges that Plaintiff is guilty of inequitable conduct in relation to the instrument which they seek to rescind, and if they are granted relief, it should be only on the condition that they do equity in Defendant's favor.

## AS A THIRTEENTH SEPARATE AFFIRMATIVE DEFENSE

(Setoff)

As a Thirteenth Affirmative defense, Defendant alleges Plaintiff's claims are bared, or any restitution required to be reduced, by setoff due to Plaintiff's failure to abide by their legal obligations to Defendant.

## AS A FOURTEENTH SEPARATE AFFIRMATIVE DEFENSE

(Void or Voidable Contract)

As a Fourteenth Affirmative defense, Defendant alleges that Plaintiff's claims are unenforceable and/or void as a result of Plaintiff's lack of capacity to contract.

## AS A FIFTEENTH SEPARATE AFFIRMATIVE DEFENSE

(Fraud)

As a Fifteenth Affirmative defense, Defendant alleges Plaintiff's claims are barred by the provisions of California Civil Procedure (C.C.P.) §338, action based on fraud, with respect to the alleged damages suffered by Plaintiff.

### AS A SIXTEENTH SEPARATE AFFIRMATIVE DEFENSE

(Accord and Satisfaction)

As a Sixteenth Affirmative defense, Defendant alleges Plaintiff's claims are barred by Accord and Satisfaction.

### AS A SEVENTEENTH SEPARATE AFFIRMATIVE DEFENSE

(Usury)

As a Seventeenth Affirmative defense, Defendant alleges Plaintiff is demanding excessive interest and damages by way of its Complaint.

### AS A EIGHTEENTH SEPARATE AFFIRMATIVE DEFENSE

(Improper Notice of Breach)

As an Eighteenth Affirmative defense, Defendant alleges Plaintiff's claims are barred by Plaintiff's failure notify Defendant he was in breach of contract.

### AS A NINETEENTH SEPARATE AFFIRMATIVE DEFENSE

(Mitigation of Damages)

As a Nineteenth Affirmative defense, Defendant alleges Plaintiff is not entitled to recover damages for harm that could have been avoided with reasonable efforts.

### AS A TWENTIETH SEPARATE AFFIRMATIVE DEFENSE

(Unclean Hands)

As a Twentieth Affirmative defense, Defendant alleges Plaintiff is not entitled to relief on account that Plaintiff is acting unethically has acted in bad faith with respect to its Complaint.

WHEREFORE, Defendant prays:

1. That Plaintiff take nothing by way of this Complaint;
2. That the within Complaint be dismissed;

3. For costs and attorney fees that may be incurred; and

4. For such other and different relief as may be just.

Dated: December 3, 2020

By: _____
Jacquelyn Renee Moen
Debtor In Pro Per